# IN THE SUPREME COURT OF THE STATE OF DELAWARE

GERALD PAULLEY, §
§ No. 254, 2015
    Defendant Below, §
    Appellant, §
§ Court Below - Superior Court
v. § of the State of Delaware in and
§ for Sussex County
STATE OF DELAWARE, §
§ No.   1301010871
    Plaintiff Below, §
    Appellee. §

Submitted: November 4, 2015
Decided: November 5, 2015

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 5th day of November 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated April 20, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice